PAUL M. WARNER, United States Attorney (#3389)
BRETT L. TOLMAN, Assistant United States Attorney (#8821)
185 South State Street, #400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
CLERK, U.S. DISTRICT COURT
'03 SEP 03 PM 9:04
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT |
| Vs. | VIO. 18 U.S.C. § 922(a)(6), FALSE STATEMENT DURING ACQUISITION OF FIREARMS |
| CHRISTOPHER BACON, | |
| Defendant. | |

UNSEALED

Judge Paul G. Cassell
DECK TYPE: Criminal
DATE STAMP: 09/03/2003 @ 11:51:32
CASE NUMBER: 2:03CR00669 PGC

The Grand Jury Charges:

COUNT I
(18 U.S.C. § 922(a)(6))

On or about March 28, 2003, in the Central Division of the District of Utah,

CHRISTOPHER BACON

the defendant herein, in connection with the attempted acquisition of a firearm, to wit, a Ruger P-89, 9mm handgun, from P&S Pawn, located in Provo, Utah, a licensed dealer, knowingly

made a false and fictitious written statement intended and likely to deceive P&S Pawn, with respect to any fact material to the lawfulness of such attempted acquisition of said firearm under Chapter 44 of Title 18, in that the defendant wrote "no" next to question 12c on ATF Form 4473 which asks, "Have you been convicted in any court of a **felony**, or any other crime, for which the judge could imprison you for more than one year?" when in fact, as the defendant well knew, he had been convicted of a felony, in violation of 18 U.S.C. § 922(a)(6) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY


PAUL M. WARNER
UNITED STATES ATTORNEY

_____
BRETT L. TOLMAN
Assistant United States Attorney