PAUL M. WARNER, United States Attorney (#3389)
BRETT L. TOLMAN, Assistant United States Attorney (#8821)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:03CR00669PGC |
| Plaintiff, | : | |
| vs. | : | MOTION TO UNSEAL THE INDICTMENT AND ARREST WARRANT |
| CHRISTOPHER BACON, | : | |
| Defendant. | : | |

The United States, by and through the undersigned Assistant United States Attorney, hereby states there is no longer a need for the Indictment and Arrest Warrant in the above-entitled case to remain sealed and moves the Court for an Order unsealing this case.

DATED this 8th day of September, 2003.

PAUL M. WARNER
United States Attorney

BRETT L. TOLMAN
Assistant United States Attorney

