PAUL M. WARNER, United States Attorney (#3389)
BRETT L. TOLMAN, Assistant United States Attorney (#8821)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:03CR00669PGC |
| Plaintiff, | : | |
| vs. | : | ORDER UNSEALING THE INDICTMENT AND ARREST WARRANT |
| CHRISTOPHER BACON, | : | |
| Defendant. | : | |

_____

The Court having been informed by the United States that there is no longer a need for the Indictment and Arrest Warrant in the above-entitled case to remain sealed,

IT IS HEREBY ORDERED that this case be unsealed.

DATED this 9th day of September, 2003.

BY THE COURT:

PAUL G. CASSELL
United States District Court Judge



```
                                                                tsh
```

United States District Court
for the
District of Utah
September 9, 2003

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re: 2:03-cr-00669

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Brett L. Tolman, Esq.
US ATTORNEY'S OFFICE
,   84111
EMAIL

USMS
DISTRICT OF UTAH
,
JFAX 9,5244048

US Probation
DISTRICT OF UTAH
,
EMAIL