# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Brooke Wells

COURT REPORTER: Electronic
COURTROOM DEPUTY: Anndrea Bowers
INTERPRETER:

DATE: 12/31/03

TAPE NO. 51

CASE NO. 2:03-CR-669 PGC

LOG NO. 4076 - 4736

USA v. Christopher Bacon

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Wayne Dance |
| Dft | Richard MacDougall |
| US PO | Stacey Smith |

MATTER SET: Initial Appearance, Arraignment, Pretrial Conference

DOCKET ENTRY:

  Defendant present and in custody. Indictment read, charges, rights and penalties explained. Defendant requested counsel. Financial Affidavit submitted. Court appointed the Public Defender as counsel. Richard MacDougall present and accepted for the Federal Public Defenders office. Order of appointment executed in open court. Discussion heard on the underlining charges outlined in the Indictment. Mr. MacDougall indicated that the government has agreed to screen the case for dismissal. Mr. MacDougall requested to set the matter over for a couple of weeks to allow the government sufficient time to investigate the matter further. Defendant waived the time under the Speedy Trial Act to allow such time. Court set the matter for status conference or arraignment for 1/14/03 at 1:30 p.m. Upon processing by the USMS, the defendant to be released from custody.

