IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH    CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff(s), | Case No. 2:03-CR-669 PGC |
| vs. | |
| CHRISTOPHER BACON | ORDER APPOINTING COUNSEL |
| Defendant(s). | |

The defendant, **CHRISTOPHER BACON** requested the appointment of counsel on

**12/31/03**, and at that time the court determined the defendant qualified for the appointment of

counsel under 18 USC § 3006A.

Therefore,

**IT IS HEREBY ORDERED** the Federal Public Defender, for the District of Utah, is

appointed to represent the above named defendant in this matter.

DATED this **31st** day of December, 2003.

BY THE COURT:

Brooke C. Wells
Magistrate Judge



asb

United States District Court
for the
District of Utah
December 31, 2003


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cr-00669



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


    US Probation
    DISTRICT OF UTAH

    ,
    EMAIL

    USMS
    DISTRICT OF UTAH

    ,
    JFAX 9,5244048

    Brett L. Tolman, Esq.
    US ATTORNEY'S OFFICE
    ,    84111
    EMAIL

    Mr. Richard G MacDougall, Esq.
    UTAH FEDERAL DEFENDER OFFICE
    46 W BROADWAY STE 110
    SALT LAKE CITY, UT  84101
    EMAIL