PAUL M. WARNER, United States Attorney (#3389)
BARBARA BEARNSON, Assistant United States Attorney (#3986)
BRETT TOLMAN, Assistant United States Attorney (#8821)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:03CR 669 PGC |
| Plaintiff, | : | |
| vs. | : | ORDER GRANTING LEAVE OF COURT TO FILE A DISMISSAL |
| CHRISTOPHER BACON, | : | |
| Defendant. | : | |

Based upon the motion of the United States of America, and for good cause appearing, the Court hereby grants leave under Rule 48(a) of the Federal Rules of Criminal Procedure for the dismissal without prejudice of the Indictment pending in this case against the defendant, Christopher Bacon.

DATED this 14th day of January, 2004.

BY THE COURT:

PAUL J. CASSELL
United States District Judge



```
                                                                    asp
                   United States District Court
                             for the
                        District of Utah
                       January 16, 2004


              * * CERTIFICATE OF SERVICE OF CLERK * *
```

Re:  2:03-cr-00669


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
     US Probation
     DISTRICT OF UTAH
     ,
     EMAIL

     USMS
     DISTRICT OF UTAH
     ,
     JFAX 9,5244048

     Brett L. Tolman, Esq.
     US ATTORNEY'S OFFICE
     ,   84111
     EMAIL

     Mr. Richard G MacDougall, Esq.
     UTAH FEDERAL DEFENDER OFFICE
     46 W BROADWAY STE 110
     SALT LAKE CITY, UT  84101
     EMAIL
```