PAUL M. WARNER, United States Attorney (#3389)
BARBARA BEARNSON, Assistant United States Attorney (#3986)
BRETT TOLMAN, Assistant United States Attorney (#8821)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

FILED
*[stamp]* 04 PM 3: 49
DISTRICT OF UTAH
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:03CR 669 PJC |
| Plaintiff, | : | |
| vs. | : | DISMISSAL OF THE INDICTMENT |
| CHRISTOPHER BACON, | : | |
| Defendant. | : | |

Based upon leave of this Court granted by the United States District Court, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Indictment pending in this case against the defendant, Christopher Bacon, is hereby dismissed without prejudice this 22nd day of January, 2004.

PAUL M. WARNER
United States Attorney

BARBARA BEARNSON
Assistant United States Attorney



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing DISMISSAL was mailed, postage prepaid, to all parties named below, this 22nd day of January, 2004.

Richard MacDougall
Federal Defenders Office
46 West Broadway, Suite 110
Salt Lake City, Utah 84101

_____